UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:13-CR-0081-JMS-MJD-1 |
| | ) |
| MARK ALLEN MCKINNON, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Mark Allen McKinnon's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Mr. McKinnon is sentenced to the custody of the Attorney General or his designee for a period of twelve months and one day.

2. Upon Mr. McKinnon's release from confinement, he will be subject to a term of supervised release of one year and three-hundred and sixty-four (364) days with the standard conditions (including any previous conditions imposed) and a special condition that Mr. McKinnon shall reside for no more than six (6) months following his release at a Residential Reentry Center (RRC) to be determined by probation.

SO ORDERED

05/07/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MaryAnn T. Mindrum
Assistant United States Attorney
maryann.mindrum@usdoj.gov

Bill Dazey
Indiana Community Federal Defender
bill_dazey@fd.org

U. S. Parole and Probation

U. S. Marshal