UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cr-00081-JMS-MJD |
| ) | |
| MARK ALLEN MCKINNON., ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Denise K. LaRue=s Report and Recommendation that Mark Allen McKinnon=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583. The parties waived the fourteen-day period, and the Court now approves and adopts the Report and Recommendation as the entry of the Court. Accordingly the Court ORDERS a sentence imposed of imprisonment of thirteen (13) months, in the custody of the Attorney General with no supervised release to follow. The defendant is ORDERED detained and remanded to the custody of the U.S. Marshal Service.

SO ORDERED.

November 26, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Joe Vaughn
U.S. Attorney's Office
joe.vaughn@usdoj.gov

Gwendolyn Beitz
Office of Indiana Federal Community Defender
gwendolyn_beitz@usdoj.gov

U. S. Parole and Probation

U. S. Marshal